# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

MARK A. KINCEL,                                                            **Civil File No. 09-CV-2566 CM/JPO**

       Plaintiff,

vs.                                                                               **STIPULATION OF DISMISSAL**
                                                                                                     **WITH PREJUDICE**

VAN RU CREDIT CORPORATION,

       Defendant.

---

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the plaintiff Mark A. Kincel, and the defendant, Van Ru Credit Corporation hereby stipulate to the dismissal of the above-styled case and any claims that were raised or that could have been raised in this action, <u>with prejudice</u>, each side to bear its own costs and attorneys fees.

                                                                    Respectfully submitted,

Dated:  December 15, 2009                 By  /s/J. Mark Meinhardt
                                                                     J. Mark Meinhardt
                                                                     4707 College Boulevard, Suite 100
                                                                     Leawood, KS 66211
                                                                     (913) 451-9797
                                                                     (913) 451-6163 (fax)
                                                                     ATTORNEY FOR PLAINTIFF

Dated:  December 15, 2009                 By  /s/Michael A. Klutho
                                                                     Michael A. Klutho
                                                                     BASSFORD REMELE.
                                                                     33 South Sixth Street, Suite 3800
                                                                     Minneapolis, MN 55402-3707
                                                                     (612) 333-3000
                                                                     (612) 333-8829 (fax)
                                                                     ATTORNEY FOR DEFENDANT