IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**MARK A. KINCEL,**

    **Plaintiff,**

v.                                         **Civil No.  09-2566-CM**

**VAN RU CREDIT CORPORATION,**

    **Defendant.**

## ORDER OF DISMISSAL WITH PREJUDICE

Upon stipulation of the parties (Doc. 5) and for good cause shown, it is hereby

**ORDERED** that the above-captioned case is dismissed with prejudice, each party to bear its own fees and costs.

**IT IS SO ORDERED** this 16th day of December, 2009 at Kansas City, Kansas.

                                                s/ Carlos Murguia
                                                **Carlos Murguia**
                                                **U.S. District Judge**